UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NAOMI BESSONET**          **CIVIL ACTION NO.: 13-231**

**VERSUS**                  **JUDGE TRICHE-MILAZZO**

**HAIR CLUB FOR MEN, LLC**  **MAG JUDGE SHUSHAN**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FINAL MOTION FOR DISMISSAL**

NOW INTO COURT through undersigned counsel comes Plaintiff, Naomi Bessonet, through undersigned counsel below, who respectfully asserts that this matter has been resolved and therefore move that this matter should be dismissed with prejudice each party to bear their own costs.

WHEREFORE, Plaintiff, Naomi Bessonet, prays that this matter be dismissed with prejudice each party to bear their own costs.

Respectfully submitted,

By: s/Jill L. Craft
Jill L. Craft, T.A., #20922
Crystal G. LaFleur, #27490
Attorney at Law, LLC
509 St. Louis Street
Baton Rouge, Louisiana 70802
Telephone: (225) 663-2612
Fax: (225) 663-2613
Email: jcraft@craftlaw.net

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of March, 2014, I have served a copy of the above and foregoing Final Motion for Dismissal with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Baton Rouge, Louisiana, this 31st day of March, 2014.

_____