UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NAOMI BESSONET**                                      **CIVIL ACTION NO.: 13-231**

**VERSUS**                                                      **JUDGE TRICHE-MILAZZO**

**HAIR CLUB FOR MEN, LLC**                      **MAG JUDGE SHUSHAN**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

       Upon consideration of the above and foregoing Final Motion For Dismissal and the record of these proceedings;

       IT IS ORDERED that this matter is dismissed with prejudice each party to bear their own costs.

       New Orleans, Louisiana, this  1st  day of _____April_____, 2014.

_____
U.S. DISTRICT COURT JUDGE